This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.
Forms are free at ilcourts.info/forms.

| STATE OF ILLINOIS, CIRCUIT COURT _____ COUNTY | SUMMONS | For Court Use Only<br>FILED-6<br>23 DEC 20 PM 1:08<br>IRIS Y MARTINEZ<br>CLERK OF THE CIRCUIT COURT<br>OF COOK COUNTY |
|---|---|---|

**Instructions ▼**

Enter above the county name where the case was filed.

Plaintiff / Petitioner (First, middle, last name): **Summie Jackson**

Enter your name as Plaintiff/Petitioner.

v.

Below "Defendants/Respondents," enter the names of all people you are suing.

Defendants / Respondents (First, middle, last name): **Markham Police Dept**

Case Number: **23M612526**

Enter the Case Number given by the Circuit Clerk.

☐ **Alias Summons** (Check this box if this is not the 1st Summons issued for this Defendant.)

## IMPORTANT: You have been sued.

- Read all documents attached to this Summons.
- You MUST file an official document with the court within the time stated on this Summons called an *Appearance* and a document called an *Answer/Response*. If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You may be charged filing fees, but if you cannot pay them, you can file an Application for Waiver of Court Fees.
- It is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.
- Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org. All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- ¿Necesita ayuda? Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.

### Plaintiff/Petitioner:

Do not use this form in these types of cases:

- All criminal cases
- Eviction
- Small Claims
- Divorce
- Order of protection
- Paternity
- Stalking no contact orders
- Civil no contact orders
- Adult guardianship
- Detinue
- Foreclosure
- Administrative review cases

For eviction, small claims, divorce, and orders of protection, use the forms available at ilcourts.info/forms. If your case is a detinue, visit illinoislegalaid.org for help.

If you are suing more than 1 Defendant/Respondent, attach an *Additional Defendant/Respondent Address and Service Information* form for each additional Defendant/Respondent.

SU-S 1503.4        Page 1 of 5        (05/23)

EXHIBIT 1

Enter the Case Number given by the Circuit Clerk: **23M6012526**

| | |
|---|---|
| In 1a, enter the name and address of the first Defendant/Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here. | **1. Defendant/Respondent's address and service information:** <br> a. Defendant/Respondent's primary address/information for service: <br> Name (First, Middle, Last): **Markham Police Dept.** <br> Registered Agent's name, if any: _____ <br> Street Address, Unit #: **16313 S Kedzie** <br> City, State, ZIP: **Markham IL 60428** <br> Telephone: _____ Email: **summieandtruchone@gmail.com** |
| In 1b, enter a second address for the first Defendant/Respondent, if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here: <br> Name (First, Middle, Last): _____ <br> Street Address, Unit #: _____ <br> City, State, ZIP: _____ <br> Telephone: _____ Email: _____ |
| In 1c, check how you are sending your documents to this Defendant/Respondent. | c. Method of service on Defendant/Respondent: <br> ☐ Sheriff ☐ Sheriff outside Illinois: _____ County & State <br> ☐ Special process server ☐ Licensed private detective |
| Check here if you are serving more than 1 Defendant/Respondent. Attach an *Additional Defendant/Respondent Address and Service Information* form for each additional Defendant/Respondent and write the number of forms you attached. | ☐ I am serving more than 1 Defendant/Respondent. <br> I have attached _____ Additional Defendant/Respondent Address <br> Number <br> and Service Information forms. |
| In 2a, enter the amount of money owed to you. Check 2b if you are asking for the return of tangible personal property. | **2. Information about the lawsuit:** <br> a. Amount claimed: $ **100,000** <br> ☐ b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession). |
| In 3, enter your complete address, telephone number, and email address, if you have one. | **3. Contact information for the Plaintiff/Petitioner:** <br> Name (First, Middle, Last): **Summie Jackson** <br> Street Address, Unit #: **7345 S South Shore Dr #1505** <br> City, State, ZIP: **Chicago IL 60649** <br> Telephone: **7732195159** Email: **summieandtruchone@gmail.com** <br> **GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties. |
| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*. <br> To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: ilcourts.info/forms. |
| Check 4a or 4b. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box 4a. Otherwise, if the clerk gives you a court date, check box 4b. | **4. Instructions for person receiving this *Summons* (Defendant):** <br> ☐ a. To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at: <br> Address: _____ <br> City, State, ZIP: _____ |

SU-S 1503.4        Page 2 of 5        (05/23)

2

| | |
|---|---|
| In 4a, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/Response*. | ☐ b. Attend court On: **2/13/2024** at **9:00** ☒ a.m. ☐ p.m. in **207** *Date* *Time* *Courtroom* <br> In-person at: **16501 S. Kedzie Markham, IL 60428** <br> *Courthouse Address* *City* *State* *ZIP* |
| In 4b, fill out: <br> • The court date and time the clerk gave you. <br> • The courtroom and address of the court building. <br> • The call-in or video information for remote appearances (if applicable). <br> • The clerk's phone number and website. All of this information is available from the Circuit Clerk. | OR <br> Remotely (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"): <br> By telephone: **Zoom Information** <br> *Call-in number for telephone remote appearance* <br> By video conference: <br> **ID: 989.3246.8134    password: 089630** <br> *Video conference log-in information (meeting ID, password, etc.)* <br> Call the Circuit Clerk at: _____ or visit their website <br> *Circuit Clerk's phone number* <br> at: _____ to find out more about how to do this. <br> *Website* |

| | |
|---|---|
| **STOP!** The Circuit Clerk will fill in this section. | Witness this Date: _____ **DEC 2 0 2023** *Seal of Court* <br> Clerk of the Court: **IRIS Y. MARTINEZ** |

**STOP!** The officer or process server will fill in the Date of Service

**Note to officer or process server:**
- If 4a is checked, this *Summons* must be served within 30 days of the witness date.
- If 4b is checked, this *Summons* must be served at least 40 days before the court date, unless 2b is also checked.
  - If 4b and 2b are checked, the *Summons* must be served at least 3 days before the court date.

Date of Service: _____
(Date to be entered by an officer or process server on the copy of this *Summons* left with the Defendant or other person.)

Enter the Case Number given by the Circuit Clerk: _____

This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.
Forms are free at ilcourts.info/forms.

| STATE OF ILLINOIS, CIRCUIT COURT _____ COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|

**Instructions**

Enter above the county name where the case was filed.

Enter your name as Plaintiff/Petitioner.

Enter the names of all people you are suing as Defendants/Respondents.

Enter the Case Number given by the Circuit Clerk.

Summie J Jackson
Plaintiff / Petitioner (First, middle, last name)

v.

Markham Police Dept
Defendant / Respondent (First, middle, last name)

Case Number: 23M612526

☐ **Alias Summons** (Check this box if this is not the 1st Summons issued for this Defendant.)

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form. Give them one copy of this blank Proof of Service form for each Defendant/Respondent.\*\***

My name is _____ and I state
First, Middle, Last

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent
_____ as follows:
First, Middle, Last

☐ Personally on the Defendant/Respondent:
  ☐ Male  ☐ Female  ☐ Non-Binary   Approx. Age: ____   Race: ____
  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
  Address, Unit#: _____
  City, State, ZIP: _____

☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
  Address, Unit#: _____
  City, State, ZIP: _____
  And left it with: _____
  First, Middle, Last
  ☐ Male  ☐ Female  ☐ Non-Binary   Approx. Age: ____   Race: ____
  and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on this date: _____

☐ On the Corporation's agent, _____
  First, Middle, Last
  ☐ Male  ☐ Female  ☐ Non-Binary   Approx. Age: ____   Race: ____
  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
  Address: _____
  City, State, ZIP: _____

4

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury. |

**By:**

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

*Signature by:* ☐ Sheriff
☐ Sheriff outside Illinois: _____
   *County and State*
☐ Special process server
☐ Licensed private detective

_____
*Print Name*

**FEES**
Service and Return: $ _____
Miles _____ $ _____
Total $ _____

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT _____ COUNTY | APPLICATION FOR WAIVER OF COURT FEES | For Court Use Only |
|---|---|---|

**Instructions ▼**

Directly above, enter the name of the county where the case was filed.

Plaintiff / Petitioner (First, middle, last name): **Sammie Jackson**

Enter the name of the person who started the lawsuit as Plaintiff/Petitioner.

v.

Defendant /Respondent (First, middle, last name): **Markham Police Dept.**

Enter the name of the person being charged as Defendant/ Respondent.

Enter the Case Number given by the Circuit Clerk or leave this blank if you do not have one.

Case Number: **23M6012526**

For Court Use Only stamp: FILED-6 / 23 DEC 20 PM 1:08 / IRIS Y. MARTINEZ / CLERK OF THE CIRCUIT COURT OF COOK COUNTY

**NOTE:** If you are completing this form on behalf of a minor or an incompetent adult, provide that person's information on this form instead of your own information.

Pursuant to Illinois Supreme Court Rule 298 and 735 ILCS 5/5-105, I state:

In 1a, enter your full name

1. I believe I cannot afford to pay the court fees, costs and charges in this case and I am providing the following information about myself:

In 1b, only enter the year you were born. DO NOT enter your entire date of birth.

   a. Name: **Sammie Jackson**
       First    Middle    Last
   b. Year of Birth: **1979**

In 1c, enter your complete current address.

   c. Street Address: **7345 S. South Shore Dr. #1905**
       City, State, ZIP: **Chicago IL 60649**

In 2a, enter the number of people age 18 and older living in your house who you support. Support means that the people rely on you financially.

2. I am providing the following information about people who live with me:
   a. I support _____ adults (not counting myself) who live with me.
   b. I support _____ children under 18 who live with me.

In 2b, enter the number of people under age 18 living in your house who you support.

3. I am receiving 1 or more of the benefits listed below:
   ☐ Yes   ☐ No

In 3, check "Yes" if you are currently receiving 1 or more of the benefits listed below. Be prepared to provide proof that you are currently receiving 1 of these benefits.

   - Supplemental Security Income (SSI) (Not Social Security)
   - Aid to the Aged, Blind and Disabled (AABD)
   - Temporary Assistance to Needy Families (TANF)
   - SNAP (Food Stamps)
   - General Assistance (GA), Transitional Assistance, or State Children and Family Assistance

If you check "Yes" in 3, skip 4 and sign the form. You do not have to complete 4.

**\*\*If you answered "Yes" in section 3, you qualify for a fee waiver under 735 ILCS 5/5-105(a)(2)(i) and (b)(1). You can skip section 4 and sign the form.\*\***

WA-P 603.5          Page 1 of 3          (07/21)

6

Enter the Case Number given by the Circuit Clerk: _____

4. **I checked "No" in section 3, so I am providing the following financial information:**

| | |
|---|---|
| In 4a, check "Yes" if you have applied for at least 1 of the benefits listed in section 3. | a. I have a pending application for 1 or more of the benefits listed in section 3:<br>☐ Yes   ☐ No |
| In 4b, check the box for each type of money you have received in the past month. Also enter the gross (before taxes) amount for each type. | b. I received the following money in the past month. *(check all that apply)*<br>☐ My employment: $ _____   ☐ Social Security (not SSI): $ _____<br>☐ Child support: $ _____   ☐ Unemployment: $ _____<br>☐ Pension: $ _____<br>☐ Money from other household members: $ _____<br>☐ Other *(list type and amount)*: _____ $ _____<br>☐ No income<br>Total of all money received in the past month: $ _____ |
| Under Other in 4b and 4c, include any money received from family or friends. | |
| In 4c, check the box for each type of money you have received in the past 12 months. Also enter the gross (before taxes) amount for each type. | c. I received the following total amount of money in the past 12 months. *(check all that apply)*<br>☐ My employment: $ _____   ☐ Social Security (not SSI): $ _____<br>☐ Child support: $ _____   ☐ Unemployment: $ _____<br>☐ Pension: $ _____<br>☐ Money from other household members: $ _____<br>☐ Other *(list type and amount)*: _____ $ _____<br>☐ No income<br>Total of all money received in the past 12 months: $ _____ |
| In 4d, check all of your debts and expenses for the past month and list the amount of money you pay each month for that expense. | d. My current monthly debts and expenses are listed below. *(check all that apply)*<br>☐ Rent: $ _____ per month<br>☐ Home Mortgage: $ _____ per month<br>☐ Other Mortgage: $ _____ per month<br>☐ Utilities: $ _____ per month<br>☐ Food: $ _____ per month<br>☐ Medical: $ _____ per month<br>☐ Car Loan: $ _____ per month<br>☐ Childcare: $ _____ per month<br>☐ Child Support: $ _____ per month<br>☐ Other expenses not listed above *(list type and amount)*: _____ $ _____<br>☐ Other debts not listed above *(list type and amount)*: _____ $ _____<br>☐ I have no expenses<br>Total of all expenses: $ _____ per month |
| In 4e, check all of the items owned by you and list the value of each item. If you own real estate, include the total you owe on any mortgage.<br><br>Be prepared to provide documents showing your income, value of belongings (including real estate) and expense information when you file your forms. | e. I have the belongings listed below. *(check all that apply)*<br>☐ Bank accounts and cash totaling: $ _____<br>☐ Home worth: $ _____<br>   The total I owe on my home mortgage is: $ _____<br>☐ Other real estate, not including the house I live in, worth: $ _____<br>   The total I owe on my other mortgage is: $ _____<br>☐ 1st vehicle worth: $ _____   The 1st vehicle is paid off: ☐ Yes ☐ No<br>☐ 2nd vehicle worth: $ _____   The 2nd vehicle is paid off: ☐ Yes ☐ No<br>☐ Other *(list items and value)*: _____ $ _____<br>☐ None of the above |

Enter the Case Number given by the Circuit Clerk: _____

| | |
|---|---|
| 5 is optional. In 5, list any reason why you or your family would face hardship if you have to pay the fees. | **5.** (Optional) My family or I would face substantial hardship if I have to pay the fees, costs, and charges because: _____ |

| | | |
|---|---|---|
| Under Illinois Supreme Court Rule 137, your signature means that you have read the document, that to the best of your belief, it is true and correct and that you are not filing it for an improper purpose, such as to cause delay. | /s/ _~signature~_ <br> Your Signature <br><br> Jammie Jackson <br> Print Your Name | 7345 S South Shore Dr <br> Street Address <br> #1905 <br> Chicago IL 60649 <br> City, State, ZIP |
| If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name. | Relationship to Minor or Incompetent Adult (if applicable) | 7732195759 <br> Telephone |
| If you are filling out this form for a minor or incompetent adult, sign and print your name and state your relationship to that person. | Attorney # (if any) | Jammieandtrackone <br> Email <br> @mail.com |
| Enter your complete address, telephone number, and email address, if you have one. | | |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT _____ COUNTY | ORDER FOR WAIVER OF COURT FEES | For Court Use Only |
|---|---|---|

| Instructions ▼ | | |
|---|---|---|
| Directly above, enter the name of the county where the case was filed. | Sammie Jackson <br> **Plaintiff / Petitioner** (First, middle, last name) | |
| Enter the name of the person who started the lawsuit as Plaintiff/Petitioner. | v. | |
| Enter the name of the person being sued as Defendant/Respondent. | Markham Police Dept <br> **Defendant / Respondent** (First, middle, last name) | 23M6012506 <br> **Case Number** |
| Enter the Case Number given by the Circuit Clerk or leave this blank if you do not have one. | | |

| Enter your full name as "Applicant." | **Applicant Name:** Sammie _____ Jackson <br> First           Middle           Last |
|---|---|

**DO NOT** check any boxes or fill in any more blanks on this form. The judge will complete the rest of the form.

The Court having reviewed the *Application for Waiver of Court Fees* hereby finds:

1. ☐ The applicant **qualifies for a full (100%)** waiver of all fees, costs, and charges because:
   a. ☐ The applicant receives means-based government assistance under one or more of the following programs:
   - Supplemental Security Income (SSI) (Not Social Security)
   - Aid to the Aged, Blind and Disabled (AABD)
   - Temporary Assistance for Needy Families (TANF)
   - SNAP (Food Stamps)
   - General Assistance (GA), Transitional Assistance, or State Children and Family Assistance
   
   **OR**
   
   b. ☐ The applicant's personal income is 125% or less of the current poverty level as established by the U.S. Dept. of Health & Human Services and the Applicant's non-exempt assets under 735 ILCS 5/12-901 and 735 ILCS 5/12-1001 are such that the applicant is unable to pay the fees, costs, or charges;
   
   **OR**
   
   c. ☐ Payments of fees, costs, and charges would result in substantial hardship to the applicant or his or her family.

2. ☐ The applicant **qualifies for a partial (75%, 50%, or 25%)** waiver of all fees, costs, and charges because the applicant's household income is:
   ☐ more than **125%** but not greater than **150%** (75% waived);
   ☐ more than **150%** but not greater than **175%** (50% waived);
   ☐ more than **175%** but not greater than **200%** (25% waived)
   of the current poverty level as established by the US Dept. of Health & Human Services and the Applicant's non-exempt assets under 735 ILCS 5/12-901 and 735 ILCS 5/12-1001 are such that the applicant is unable to pay the fees, costs, or charges.

3. ☐ There is a factual issue about the applicant's entitlement to a fee waiver. The nature of the factual issue is: _____

Enter the Case Number given by the Circuit Clerk: _____

4. ☐ The applicant **does not qualify** for a fee waiver because *(must state specific reason)*:
_____
_____

**IT IS HEREBY ORDERED:**

A. ☐ *Application for Waiver of Court Fees* is **GRANTED**, effective on the filing date of the *Application for Waiver of Court Fees*.

    i. ☐ The applicant qualifies for a **full waiver**, and may participate in this case without payment of fees, costs, or charges.

    ii. ☐ The applicant qualifies for a **partial fee waiver** as follows:

        ☐ **75%** of all fees, costs, and charges **are waived** *(and the applicant must pay 25% of all fees, costs, and charges)*.

        ☐ **50%** of all fees, costs, and charges **are waived** *(and the applicant must pay 50% of all fees, costs, and charges)*.

        ☒ **25%** of all fees, costs, and charges **are waived** *(and the applicant must pay 75% of all fees, costs, and charges)*.

☐ The applicant must pay fees, costs, and charges currently due by: _____
                                                                                 Date

☐ Upon good cause shown, the applicant may make payments as follows *(describe deferral, installment plan, or other reasonable terms)*: _____
_____

**This order expires one year from the date of this order.** The applicant may reapply before or after the expiration date. Fees, costs, and charges included in this waiver are: filing, service of process, publication, mediation, guardian ad litem, and any other fee listed in 735 ILCS 5/5-105(a)(2)(1).

B. ☐ *Application for Waiver of Court Fees* is **SET FOR HEARING** on
_____ at _____
Date                Time

☐ in person at _____
              Courthouse address          Courtroom

☐ remotely by telephone at _____
              Call-in number for telephone remote appearance

☐ remotely by video conference at _____
              Video conference website

_____
*Video conference log-in information (meeting ID, password, etc)*

The applicant must bring the following **documents** to the hearing:
_____
_____

C. ☐ *Application for Waiver of Court Fees* is **DENIED**.
The applicant must pay all fees, costs, and charges currently due by: _____
                                                                                    Date

| DO NOT complete this section. The judge will sign and date here. | **ENTERED:** _____ _____ |
|---|---|
| | Judge                                       Date |

A10

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT _____ COUNTY | ORDER FOR WAIVER OF COURT FEES | For Court Use Only |
|---|---|---|

**Instructions ▽**

Directly above, enter the name of the county where the case was filed.

Plaintiff / Petitioner (First, middle, last name): **Sammie Jackson**

Enter the name of the person who started the lawsuit as Plaintiff/Petitioner.

v.

Enter the name of the person being sued as Defendant/Respondent.

Defendant / Respondent (First, middle, last name): **Markham Police Dept**

Case Number: **23 M6 12526**

Enter the Case Number given by the Circuit Clerk or leave this blank if you do not have one.

Enter your full name as "Applicant."

Applicant Name: **Sammie** (First) **** (Middle) **Jackson** (Last)

DO NOT check any boxes or fill in any more blanks on this form. The judge will complete the rest of the form.

The Court having reviewed the *Application for Waiver of Court Fees* hereby finds:

1. [X] The applicant **qualifies** for a **full (100%)** waiver of all fees, costs, and charges because:
   a. [X] The applicant receives means-based government assistance under one or more of the following programs:
      - Supplemental Security Income (SSI) (Not Social Security)
      - Aid to the Aged, Blind and Disabled (AABD)
      - Temporary Assistance for Needy Families (TANF)
      - SNAP (Food Stamps)
      - General Assistance (GA), Transitional Assistance, or State Children and Family Assistance
      
      OR
   b. [ ] The applicant's personal income is 125% or less of the current poverty level as established by the U.S. Dept. of Health & Human Services and the Applicant's non-exempt assets under 735 ILCS 5/12-901 and 735 ILCS 5/12-1001 are such that the applicant is unable to pay the fees, costs, or charges;
      
      OR
   c. [ ] Payments of fees, costs, and charges would result in substantial hardship to the applicant or his or her family.

2. [ ] The applicant **qualifies** for a **partial (75%, 50%, or 25%)** waiver of all fees, costs, and charges because the applicant's household income is:
   - [ ] more than **125%** but not greater than **150%** (75% waived);
   - [ ] more than **150%** but not greater than **175%** (50% waived);
   - [ ] more than **175%** but not greater than **200%** (25% waived)
   
   of the current poverty level as established by the US Dept. of Health & Human Services and the Applicant's non-exempt assets under 735 ILCS 5/12-901 and 735 ILCS 5/12-1001 are such that the applicant is unable to pay the fees, costs, or charges.

3. [ ] There is a factual issue about the applicant's entitlement to a fee waiver. The nature of the factual issue is: _____

WA-O 604.5      Page 1 of 2      (07/21)

Enter the Case Number given by the Circuit Clerk: _____

4. ☐ The applicant **does not qualify** for a fee waiver because *(must state specific reason)*: _____

**IT IS HEREBY ORDERED:**

A. ☒ *Application for Waiver of Court Fees* is **GRANTED**, effective on the filing date of the *Application for Waiver of Court Fees*.

  i. ☒ The applicant qualifies for a **full** waiver, and may participate in this case without payment of fees, costs, or charges.

  ii. ☐ The applicant qualifies for a **partial** fee waiver as follows:
    ☐ **75%** of all fees, costs, and charges are waived *(and the applicant must pay 25% of all fees, costs, and charges)*.
    ☐ **50%** of all fees, costs, and charges are waived *(and the applicant must pay 50% of all fees, costs, and charges)*.
    ☐ **25%** of all fees, costs, and charges are waived *(and the applicant must pay 75% of all fees, costs, and charges)*.

  ☐ The applicant must pay fees, costs, and charges currently due by: _____ *Date*

  ☒ Upon good cause shown, the applicant may make payments as follows *(describe deferral, installment plan, or other reasonable terms)*: **Upon successful resolution in plaintiff's favor, all court costs shall be paid by plaintiff**

**This order expires one year from the date of this order.** The applicant may reapply before or after the expiration date. Fees, costs, and charges included in this waiver are: filing, service of process, publication, mediation, guardian ad litem, and any other fee listed in 735 ILCS 5/5-105(a)(2)(1).

B. ☐ *Application for Waiver of Court Fees* is **SET FOR HEARING** on _____ at _____
  *Date*  *Time*

  ☐ in person at _____  _____
    *Courthouse address*  *Courtroom*

  ☐ remotely by telephone at _____
    *Call-in number for telephone remote appearance*

  ☐ remotely by video conference at _____
    *Video conference website*

  _____
  *Video conference log-in information (meeting ID, password, etc)*

  The applicant must bring the following documents to the hearing:
  _____

C. ☐ *Application for Waiver of Court Fees* is **DENIED**.
  The applicant must pay all fees, costs, and charges currently due by: _____ *Date*

| DO NOT complete this section. The judge will sign and date here. | ENTERED: *[signature]* Judge Michael B. Barrett  12-21-24 |

DEC 21 2023
Circuit Court - 2225

WA-O 604.5    Page 2 of 2    (07/21)

IN THE CIRCUIT COURT OF THE COOK COUNTY, ILLINOIS
MUNINCIPAL DEPARTMENT, SIXTH MUNICIPAL DISTRICT

| | |
|---|---|
| SAMMIE JACKSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2023 M6 012526 |
| | ) 2/13/2024 intake status call at 9:00am |
| CITY OF MARKHAM, an Illinois municipal corporation, | ) |
| Defendants. | ) |

## ORDER

This case coming to be heard for intake status in a remote proceeding via Zoom videoconference, all parties having notice, Plaintiff appearing *pro se*, Defendant appearing by its counsel, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. Defendant is removing this case to the federal district court for the Northern District of Illinois, Eastern Division; and

2. This case is continued to March 19, 2024, at 9:00am in Courtroom 207, in person and/or via Zoom videoconference (ID: 989-3246-8139; PW: 089630), for status of the filing of Defendant's Petition for Removal to Federal Court.

ENTER: _____

JUDGE: _____ 2225

**Prepared by:**
Steven A. Marderosian (steven@ergjd.com)
Eydie R. Glassman, Esq. – Legal & Consulting Services, LLC
10 S. Riverside Plaza, Suite 875
Chicago, Illinois 60606
P: 312.474.6043
Firm ID: 64572

13

Date: 12/22/2023

CIRCUIT COURT OF COOK COUNTY
ROOM-207-J, 16501 SOUTH KEDZIE
MARKHAM IL-60426

Jackson Sammie
7345 south shore
Chicago
IL - 60649

CASE: 20236012526    Jackson Sammie

YOU HAVE A SCHEDULED ZOOM HEARING IN THE SIXTH MUNICIPAL DISTRICT COURT OF COOK COUNTY EITHER BY PHONE OR VIDEO ON Tuesday February 13 2024 AT 09:00 AM

TO ACCESS ZOOM BY VIDEO, FIRST YOU HAVE TO DOWNLOAD ZOOM AT HTTPS://ZOOM.US.DOWNLOAD AND SELECT 'ZOOM CLIENT FOR MEETINGS' ONCE DOWNLOADED, SELECT 'JOIN A ZOOM MEETING' THEN ENTER YOUR ZOOM ACCESS CODE AND PASSWORD LISTED BELOW.

ZOOM ACCESS CODE: : 989 3246 8139   PASSWORD:089630

TO ACCESS ZOOM BY PHONE, CALL 312-626-6799 THEN ENTER THE ACCESS CODE AND PASSWORD LISTED ABOVE.

FOR QUESTIONS, CALL 708-232-6500
YOU CANNOT ACCESS ZOOM UNTIL YOUR SCHEDULED HEARING DATE.



# SHERIFF'S OFFICE OF COOK COUNTY
## AFFIDAVIT OF SERVICE

**CASE NUMBER:** 20236012526  **SHERIFF NUMBER:** 20067926  **MULT. SER.:** 1  **DOC. TYPE:** SMMNS
**DIE DATE:** 02/06/2024  **RECEIVED DATE:** 12/21/2023  **FILED DATE:** 12/20/2023  **DIST:** 426

| | | | |
|---|---|---|---|
| **DEFENDANT:** MARKHAM POLICE DEPARTMENT | | **PLAINTIFF:** | JACKSON, SAMMIE |
| **ADDRESS:** 16313 S KEDZIE | | **ATTORNEY:** | SAMMIE JACKSON |
| **CITY:** MARKHAM | | **ADDRESS:** | 16313 S SOUTH SHORE DR |
| **STATE:** IL  **ZIP CODE:** 60426 | | **CITY:** | CHICAGO |
| **ATTACHED FEE AMT:** | | **STATE:** IL **ZIP CODE:** 60649 | |
| **SERVICE INFORMATION:** SERVE BEFORE 4PM | | | |

**I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:**

☐ **(1) PERSONAL SERVICE:** BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

☑ **(2) SUBSTITUTE SERVICE:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON THE 30 DAY OF January 2024.

☐ **(3) UNKNOWN OCCUPANTS:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

☐ **(4) CORP/CO/BUS/PART:** BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION ___ COMPANY ___ BUSINESS ___ PARTNERSHIP ___

☐ **(5) PROPERTY RECOVERED:** NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

☐ **(6) S.O.S/D.O.I.:** BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE. ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

☐ **(7) CERTIFIED MAIL**

**\*\*\*\* COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT \*\*\*\***

**(8)** AND BY MAILING ON THE ___ DAY OF _____ 20 ___ A COPY OF THE THIRD PARTY GARNISHMENT/CITATON SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

**THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:**

| | | |
|---|---|---|
| ☐ (01) NO CONTACT | ☐ (05) WRONG ADDRESS | ☐ (09) DECEASED |
| ☐ (02) MOVED | ☐ (06) NO SUCH ADDRESS | ☐ (10) NO REGISTED AGENT |
| ☐ (03) EMPTY LOT | ☐ (07) EMPLOYER REFUSAL | ☐ (11) OUT OF COOK COUNTY |
| ☐ (04) NOT LISTED | ☐ (08) CANCELLED BY PLAINTIFF ATTY | ☐ (12) OTHER REASON (EXPLAIN) |

**EXPLANATION:**

**WRIT SERVED ON:** SHONTA STEWART
**SEX:** F  **RACE:** BL  **AGE:** 40
**THIS** 30 **DAY OF** January 20 24
**TIME:** 1:14 PM

**ATTEMPTED SERVICES**

| Date | Time | Star # |
|---|---|---|
| 01/06/2024 | 14:51:00 | # 11589 |
| 01/21/2024 | 14:50:00 | # 16513 |

**THOMAS J. DART,**
**SHERIFF, BY:** /S/  HUNT, TIMOTHY #10391  , **DEPUTY**



# SHERIFF'S OFFICE OF COOK COUNTY
## AFFIDAVIT OF SERVICE

**CASE NUMBER:** 20236012526  **SHERIFF NUMBER:** 20067926  **MULT. SER.:** 1  **DOC. TYPE:** SMMNS

**DIE DATE:** 02/06/2024  **RECEIVED DATE:** 12/21/2023  **FILED DATE:** 12/20/2023  **DIST:** 426

| Date | Time | Star # |
|------|------|--------|

Civil Action Cover Sheet (08/31/22) CCM 0520 A

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT/ 6th DISTRICT

Sammye Jackson
Plaintiff

Case No. 23M612526

Jury Demand ☑ Yes ☐ No

v.

Markham Police Department
Defendant

☐ I need language help in court.

I speak _____

## CIVIL ACTION COVER SHEET

A Civil Action Cover Sheet shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate general category which best characterizes your action.

### Civil Case (A)
- ☑ 0004 Tort not Personal Injury
- ☐ 1004 Tort not Personal Injury (Jury)
- ☐ 0007 Confession of Judgment
- ☐ 1007 Confession of Judgment (Jury)
- ☐ 0008 Replevin
- ☐ 1008 Replevin (Jury)
- ☐ 0017 Detinue
- ☐ 1017 Detinue (Jury Demand)
- ☐ 0031 Foreign Judgment
    Filing Out of State/Out of Country
- ☐ 0054 Registration of Administrative Judgment

### Tort/Personal Injury Case
Any wrong or damage done to another person, such as, physical pain, illness, or any impairment of physical condition resulting from the careless or negligent actions of others. The most common cases involve auto accident injuries.

- ☐ 0027 Personal Injury Motor Vehicle
- ☐ 1027 Personal Injury Motor Vehicle (Jury)
- ☐ 0048 Dram Shop
- ☐ 1048 Dram Shop (Jury)
- ☐ 0049 Product Liability
- ☐ 1049 Product Liability (Jury)
- ☐ 0051 Personal Injury Subrogation
- ☐ 1051 Personal Injury Subrogation (Jury)
- ☐ 0057 Personal Injury Motor Vehicle Subrogation
- ☐ 1057 Personal Injury Motor Vehicle Subrogation (Jury)

- ☐ 0001 Personal Injury
- ☐ 1001 Personal Injury (Jury)
- ☐ 0063 Tort Intentional
- ☐ 1063 Tort Intentional (Jury)
- ☐ 0062 Property Damage
- ☐ 1062 Property Damage (Jury)

### Other Litigation Case
(i.e. credit card agreements, any contract between two or more individuals)

- ☐ 0002 Breach of Contract
- ☐ 1002 Breach of Contract (Jury)
- ☐ 0071 Fraud
- ☐ 1071 Fraud (Jury)
- ☐ 0072 Consumer Fraud
- ☐ 1072 Consumer Fraud (Jury)
- ☐ 0073 Breach of Warranty
- ☐ 1073 Breach of Warranty (Jury)
- ☐ 0074 Statutory Action Complaint
- ☐ 1074 Statutory Action Complaint (Jury)
- ☐ 0068 Consumer Debt Complaint
- ☐ 1068 Consumer Debt Complaint (Jury)

### Civil Case (B)
- ☐ Filing an Illinois Court Judgment
- ☐ 0100 Petition for Discovery
    A Petition to take depositions or subpoena records before a case is filed.
- ☐ 0009 Name Change (Suburban Districts only)

FILED 23 DEC 20 PM 1:04

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 2

Civil Action Cover Sheet (08/31/22) CCM 0520 B

## Civil Housing Case

(i.e. condominium conversion, conservation, demolition/objection to fast track, exterior walls/facades, fire protection, heat call (including Unincorporated Cook County), lead paint new developments, public nuisance, public places of amusement, strategic task force inspections)

- ☐ 0038 Housing
- ☐ 0086 Objection to Fast Track
- ☐ 0044 Criminal Ordinance Violation
- ☐ 0037 Heat Case
- ☐ 0034 Vacant Building

## Pro Se Case Type (First Municipal Civil Division only)

The Pro Se Court section of the Civil Division resolves disputes between parties where the amount at issue does not exceed $5,000. The party may act as their own attorney. Forms can be completed at the Pro Se desk in Room 602.

- ☐ 0050 Pro Se ($5,000 or less)

## Eviction Case/Civil Eviction/CHA Eviction

A summary proceeding in which the landlord seeks to restore possession of the premises or payment of rent when the tenant has wrongfully withheld rent or possession of the premises.

- ☐ 0095 Eviction - Commercial Complaint filed
- ☐ 1095 Eviction - Commercial Complaint filed (Jury Demand)
- ☐ 0096 Eviction - Residential Complaint filed
- ☐ 1096 Eviction - Residential Complaint filed (Jury Demand)
- ☐ 0097 Eviction Joint Action - Commercial Complaint filed
- ☐ 1097 Eviction Joint Action - Commercial Complaint filed (Jury Demand)
- ☐ 0098 Eviction Joint Action - Residential Complaint filed
- ☐ 1098 Eviction Joint Action - Residential Complaint filed (Jury Demand)
- ☐ 0018 Distress for Rent
- ☐ 1018 Distress for Rent (Jury)
- ☐ 0023 Mortgage Foreclosure Eviction
- ☐ 1023 Mortgage Foreclosure Eviction (Jury)
- ☐ 0024 Mortgage Foreclosure Eviction - Joint Action
- ☐ 1024 Mortgage Foreclosure Eviction - Joint Action (Jury)
- ☐ 0021 CHA Eviction
- ☐ 1021 CHA Eviction (Jury)
- ☐ 0022 CHA Joint Action
- ☐ 1022 CHA Joint Action (Jury)

Atty. No.: _____  Pro Se 99500

Atty Name: Sammie Jackson

Atty. for: _____

Address: 7345 S. South Shore Dr #905

City: Chicago  State: IL

Zip: 60649

Telephone: 773 219 5159

Primary Email: _____

Pro Se Only: ☐ I have read and agree to the terms of the Clerk's Office Electronic Notice Policy and choose to opt in to electronic notice from the Clerk's office for this case at this email address:

Email: Sammieandtrachone@gmail.com

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 2 of 2

18

**Complaint - Verified**  (12/01/20) CCM 9008 A

FILED-6
23 DEC 20 PM 1:21
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### MUNICIPAL DEPARTMENT, _____ MUNICIPAL DISTRICT

Sammie Jackson
Plaintiff(s)

v.

Markham Police Dept.
Defendant(s)

Case No. 23 M 612526
Contract: _____
Amount Claimed: $100,000
Return Date: Feb 13, 2023 @ 9:00 AM Rm #207

### COMPLAINT

The Plaintiff(s) claim(s) as follows (use last page if more space is required.):

Wrongful arrest. Police officer alleged there was car jacking in the area for probable cause. I was arrested w/o miranda rights given and he would not allow me to use the restroom causing me to urinate on myself of which caused me emotional distress and humiliation.

I, Sammie Jackson, certify that I am
   (Name)

the _____ plaintiff in the above entitled action.
    (Name of Attorney if applicable)

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 2

19

**Complaint - Verified**  23M61252 (12/01/20) CCM 0008 B

The allegations in this complaint are true.

Atty. No.: _____  Dated: 12/20/23
Pro Se 99500
Name: Sammie Jackson                 _____
Atty. for (if applicable): _____        Signature

Address: 7345 S. South Shore #1905       Under penalties as provided by law pursuant
City: Chicago                             to 735 ILCS 5/1-109 the above signed
State: IL   Zip: 60649                    certifies that the statements set forth herein
Telephone: 773 219 5159                   are true and correct.
Primary Email: Sammieandtrachone@gmail.com

Claims – continued    Wrongfully arrested.