District 6

# Case Summary

Case No. 20236012526

| | | | |
|---|---|---|---|
| **Sammie Jackson -vs- Markham Police Department** | § § § | Location: Judicial Officer: Filed on: | **District 6** **Courtroom, 0207** **12/20/2023** |

## Case Information

| | |
|---:|---|
| Case Type: | Tort - Not Personal Injury - >$10,000 - Non-Jury |
| Case Status: | **12/20/2023**  **Pending** |
| Case Flags: | **100% Fee Waiver Granted** |

## Assignment Information

**Current Case Assignment**
Case Number    20236012526
Court          District 6
Date Assigned  12/20/2023
Judicial Officer  Courtroom, 0207

## Party Information

**Plaintiff**  **Jackson, Sammie**
7345 south shore DR
APT 1905
Chicago, IL 60649

**Defendant**  **Police Department, Markham**
16313 South Kedzie
Markham, IL 60428

## Events and Orders of the Court

03/19/2024  **Continued Hearing**  (9:00 AM)  (Judicial Officer: Barrett, Michael B)
　　　　　　Resource: Location CVD60207 Court Room 0207
　　　　　　Resource: Location DM6 District 6 - Markham

02/13/2024  
　　　　Case Set On Status Call    (Judicial Officer: Barrett, Michael B)

02/13/2024  **Initial Case Management Hearing**  (9:00 AM)  (Judicial Officer: Barrett, Michael B)
　　　　　　Resource: Location CVD60207 Court Room 0207
　　　　　　Resource: Location DM6 District 6 - Markham
　　　　　**MINUTES - 02/13/2024**
　　　　　　　Case Set On Status Call    (Judicial Officer: Barrett, Michael B)
　　　　　**Continued Hearing**  (03/19/2024 at 9:00 AM)  (Judicial Officer: Barrett, Michael B)
　　　　　　Resource: Location CVD60207 Court Room 0207
　　　　　　Resource: Location DM6 District 6 - Markham
　　　　　Allowed;

02/01/2024  
　　　　Summons Served - Substitute Service
　　　　　*Sheriff ID: 20067926, UNKNOWN LITIGANT Sheriff Filename: 2023601252620067926.pdf*
　　　　　Date Served:  01/30/2024

# Case Summary

### Case No. 20236012526

| | |
|---|---|
| 12/22/2023 | Postcard Generated<br>    Party:   Plaintiff Jackson, Sammie |
| 12/21/2023 | 298 Plaintiff/Petitioner- 100% - Granted/Allowed    (Judicial Officer: Barrett, Michael B)<br>    Party:   Plaintiff Jackson, Sammie |
| 12/20/2023 | 298 Petition Filed-Plaintiff/Petitioner<br>    Party:   Plaintiff Jackson, Sammie |
| 12/20/2023 | Summons Issued And Returnable<br>    Party:   Plaintiff Jackson, Sammie |
| 12/20/2023 | Tort(Not Personal Injury) Complaint Filed<br>    Party:   Plaintiff Jackson, Sammie |
| 12/20/2023 | New Case Filing |